**HONORABLE LONNY R. SUKO**

Jerry J. Moberg & Associates
Jerry J. Moberg
Patrick R. Moberg
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2356

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
## AT YAKIMA

| | |
|---|---|
| ANDREW CLINE;<br><br>         Plaintiff,<br><br>v.<br><br>CITY OF OMAK;<br><br>         Defendant, | **NO. CV-09-330-LRS**<br><br>ORDER GRANTING MOTION TO DISMISS |

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come on for hearing without oral argument on stipulation of plaintiff ANDREW CLINE and the named defendant CITY OF OMAK, and it appearing to the Court that all matters in controversy herein have been fully compromised and settled between them, and the Court being fully advised in the premises,

C:\DOCUME~1\thompson\LOCALS~1\Temp\notesBAAA25\136351.doc

ORDER GRANTING MOTION TO DISMISS

PAGE 1

JERRY J. MOBERG & ASSOCIATES
Attorneys At Law
451 Diamond Drive
Ephrata, WA 98823
(509) 754 2356 / Fax (509) 754-4202

1  **IT IS HEREBY ORDERED** that all claims in this action brought or

2  maintained by ANDREW CLINE against CITY OF OMAK; shall be and

3  the same is hereby dismissed with prejudice and without cost to either

4  party.

5

6  DATED May 3rd, 2010.

7

8  *s/Lonny R. Suko*
   _____
9  LONNY R. SUKO
   Chief U.S. District Court Judge

10

11 Presented By:

12 JERRY J. MOBERG & ASSOCIATES

13

14 By: /s/ Patrick R. Moberg, via ECF
   Jerry J. Moberg, WSBA #5282
15 Patrick Moberg, WSBA #41323
   Attorney for Defendant City Omak
16

17

18 LAW OFFICE OF JAMES KEECH

19

20 By: /s/ James E. Keech, via telephone authorization
   James E. Keech, WSBA #29972
21 Attorney for Plaintiff Andrew Cline

22

23

24
C:\DOCUME~1\thompson\LOCALS~1\Temp\notesBAAA25\136351.doc

ORDER GRANTING MOTION TO DISMISS
PAGE 2

JERRY J. MOBERG & ASSOCIATES
Attorneys At Law
451 Diamond Drive
Ephrata, WA 98823
(509) 754 2356 / Fax (509) 754-4202